Case 1:16-cv-01973-AKK-JEO   Document 1   Filed 12/09/16   Page 1 of 5

FILED
2016 Dec-09 PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-16-K-1973-E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

77851

Inmate Identification Number:

Thomas Gaddis
(Enter above the full name of the plaintiff
in this action)

> NOTICE TO FILING PARTY
>
> It is your responsibility to notify the clerk in writing of any address change.
>
> Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

OFFICER. MICHAEL VANT
JUDgE. JEB FANNIN

42 USC § 1983

DC-2015-100614
(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )        No ( ✓ )

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff: _____N/A_____

         Defendant(s): _____N/A_____

2

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement N/A

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? denied

2. What was the result? denied

D. If your answer is NO, explain why not: denied

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Thomas Griders,

Address Talladega County Jail, PO Box B, Talladega, Al 35161

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Michael Yant, Judge Jeb Fannin

Is employed as 29th Judicial Circuit of Alabama

at Judicial Building

C. Additional Defendants 148 East Street, Talladega, Alabama 35161

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Defendant Yant, defendant Judge Fannin, have arrest, detained, and restraint, restraint plaintiff of his liberty without a showing of probable cause or a judicial determination of probable cause, defendants have not provide or informed the plaintiff as to why He's being detained, defendants have violated plaintiff constitutional

4

Rights under the 14th... Requires the states to provide A Fair And Reliable determination of probable cause, As A condition, For Any significant pretrial Restraint of Liberty. probable cause determination must be made by A Judicial officer, either, before or promptly After Arrest. defendants Failed to do so

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

declaratory And Injunctive Relief, This Court order, The state defendants names, Herein, provide A Fair And Reliable determination of probable cause, provide plaintiff His constitutional Rights To A Judicial probable cause determination, defendants provide. And Informed The plaintiff, As To why, He's being detained, And Restraint of Liberty.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-7-2016

Thomas Shaddin
SIGNATURE

ADDRESS Talladega County Jail
PO Box B
Talladega, Al. 35161

AIS # 77851

5

# STATEMENT OF FACTS AND CORROBRATED EVIDENCE

## FACTS

ON Spet 4, 2015, IN TALLADEGA COUNTY SYLACAUGA, ALABAMA, PLAINTIFF WAS WAILKING NEAR 400 Copper Field CIRCLE, SYLACAUGA, AL. PLAINTIFF WAS ARRESTED Without probable CAUSE, TAKEN TO TALLADEGA COUNTY JAIL INTO CONFINEMENT being Restraint of LIBERTY BY defendant M. YANT.

ON Spet 4, 2015, defendant M. YANT, personally Appeared AT A probable CAUSE Hearing Before defendant JUDGE FANNIN, defendants Hearing was NOT FAIR OR Reliable

defendant YANT, At this hearing Submitted A INSUFFICENT Form Complaint Without A Showing OF probable CAUSE, IN the Complaint, defendant Judge FANNIN Couldnot and didnot Find probable CAUSE OR made A Judicial probable Cause determination

The ONLY FACTS that was submitted At this Hearing defendant YANT under OATH, SAY that he has probable CAUSE, For believing And does believe plaintiff Committed the Drug Crimes, In the Complaint ) Key Factors, 1 AFFiant didnot disclose what the source of his belief, 2 no other witnesses under oath, to EXAMINE, 3 NO evidence or testimony under oath, 4 NO FACTS or CIRCUMSTANCES 5 AFFiant didnot state he saw the offense being Committed, or the plaintiff, has Committed or WAS Committing the offense.

PLAINTIFF Appeared before defendant FANNIN, ON Spet 8, 2015 AT A INITIAL Appearnce, Judge FANNIN, didnot INFormed plaintiff of the Court Finding OF probable CAUSE ) key documents Criminal Complaint, INITIAL APPEARNCE defendants Are IN Violation of the plaintiffs Fourth, Fourteenth Amendments Rights AS A Resulted Restraint of LIberty